December 13, 2011



# JUDGMENT

## The Fourteenth Court of Appeals

GENEVA COLBERT, Appellant

NO. 14-10-01163-CV                    V.

LANGWICK SENIOR RESIDENCES, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Langwick Senior Residences, signed October 21, 2010, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Geneva Colbert, to pay all costs incurred in this appeal. We further order this decision certified below for observance.